No. 232. BENJAMIN HOROWITZ ET AL. *v.* UNITED STATES. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted December 6, 1920. Decided December 13, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Mac-*

*fadden* v. *United States*, 213 U. S. 288. And see *Boise Water Co.* v. *Boise City*, 230 U. S. 98, 100; *Chott* v. *Ewing*, 237 U. S. 197; *Alaska Pacific Fisheries* v. *Alaska*, 249 U. S. 53, 60–61. *Mr. Elijah N. Zoline* and *Mr. John J. Fitzgerald* for plaintiffs in error. *The Solicitor General* for the United States.